IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEROY ANTONIO WILSON | : | CIVIL ACTION |
| v. | : | |
| TAMMY L. FERGUSON, et al. | : | NO. 15-2141 |

O R D E R

AND NOW, this 10th day of November 2015, upon careful and independent consideration of Petitioner Leroy Antonio Wilson's Petition for a Writ of Habeas Corpus (Doc. No. 1), the exhibits provided by Petitioner, Respondents' response to the petition (Doc. No. 9), the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Doc. No. 12), and Petitioner's failure to file timely objections to the Report and Recommendation,[1] it is hereby ORDERED as follows:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DISMISSED without prejudice.

3. No certificate of appealability shall issue since Petitioner has not demonstrated that reasonable jurists would disagree about the soundness of the Court's ruling. See 28 U.S.C. § 2253(c)(2); Miller-El v. Cockrell, 537 U.S. 322, 336 (2003).

4. The Clerk of Court is directed to close this matter for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.

---

[1] We note that the Clerk of Court has made several attempts to forward a copy of the Report and Recommendation to Petitioner. These efforts have failed because the address provided by Petitioner appears to be erroneous, and mail addressed to Petitioner has been returned as undeliverable. However, it is Petitioner's affirmative obligation to keep the Court apprised of his current address. See E.D. Pa. Local R. Civ. P. 5.1(b).